IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ANDREW CLINTON CRUSE**   **PLAINTIFF**

**v.**   **No. 4:17CV162-DAS**

**MS DEPT. OF CORRECTIONS, ET AL.**   **DEFENDANTS**

## ORDER DISMISSING CASE

The court entered an order on February 6, 2020, revoking Mr. Cruse's pauper status and setting a deadline of February 27, 2020, to pay the filing fee. Doc. 105. The order stated that failure to pay the filing fee by that date would result in the dismissal of this case. The deadline has expired, and the plaintiff has not paid the filing fee. Thus, the instant case is **DISMISSED** without prejudice for failure to pay the filing fee. In light of this ruling, the motions currently pending in this case are **DISMISSED** as moot.

**SO ORDERED**, this, the 3rd day of March, 2020.

/s/ David A. Sanders
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE