## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**ANDREW CLINTON CRUSE**                                                                            **PLAINTIFF**

**v.**                              **No. 4:17CV162-DAS**

**MS DEPT. OF CORRECTIONS, ET AL.**                                      **DEFENDANTS**

### ORDER *DISMISSING* PLAINTIFF'S MOTION [112] FOR SUMMARY JUDGMENT AS MOOT

This matter comes before the court on the June 4, 2020, motion [112] by the plaintiff for summary judgment against defendant Aramark Correctional Services. As this case was dismissed on March 3, 2020, the instant motion [112] is **DISMISSED** as moot.

**SO ORDERED**, this, the 15th day of October, 2020.

                                                                /s/ David A. Sanders
                                                                DAVID A. SANDERS
                                                                UNITED STATES MAGISTRATE JUDGE