# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**ANDREW CLINTON CRUSE**                                                                                     **PLAINTIFF**

**v.**                        **No. 4:17CV162-DAS**

**MS DEPT. OF CORRECTIONS, ET AL.**                                         **DEFENDANTS**

## ORDER DISMISSING CASE FOR FAILURE
## TO PAY THE FILING FEE

This matter comes before the court after the court's May 17, 2021, order requiring the plaintiff to pay the filing fee in this case within 21 days. The court had previously [105] revoked the plaintiff's *in forma pauperis* status because he had accumulated three "strikes" under the Prison Litigation Reform Act and could no longer proceed as a pauper. *See* 28 U.S.C. § 1915(g). The plaintiff has not paid the filing fee, and the deadline to do so expired on June 7, 2021. A such, the instant case is **DISMISSED** without prejudice for failure to pay the filing fee. In light of this ruling, the motions [135], [136], [137] currently pending in this case are **DISMISSED** as moot.

      **SO ORDERED**, this, the 2nd day of July, 2021.

                                                                   /s/ David A. Sanders
                                                                    DAVID A. SANDERS
                                                                    UNITED STATES MAGISTRATE JUDGE